Kevin R. Sutherland (State Bar No.: 163746)
Michael A. Hession (State Bar No.: 219103)
Geneva A. Collins (State Bar No.: 187023)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801
Email: kevin.sutherland@clydeco.us
       michael.hession@clydeco.us
       geneva.collins@clydeco.us

Attorneys for Plaintiffs and Counter-Defendant
ASIANA AIRLINES, AIG EUROPE (UK) LIMITED
and LIG INSURANCE CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIANA AIRLINES, AIG EUROPE (UK) LIMITED, and LIG INSURANCE CO., LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> SWISSPORT USA, INC.; SWISSPORT INTERNATIONAL LTD.; CLARK/MCCARTHY A JOINT VENTURE, CLARK CONSTRUCTION GROUP – CALIFORNIA, LP, MCCARTHY BUILDING COMPANIES, INC.; CEED SECURITY, INC.; THE CITY OF LOS ANGELES, LOS ANGELES WORLD AIRPORT; and FLORENTINO MENDES, <br><br> Defendants, <br><br> AND RELATED CROSS-ACTIONS. | Case No.:  CV-09-1137-GW(RZx) <br><br> STIPULATED JUDGMENT AGAINST CEED SECURITY, INC. |

      Plaintiffs, by and through their attorneys, Clyde & Co US LLP, and Ceed Security, Inc. ("Ceed Security") by and through its attorneys, Law Offices of Robert Mobasseri, hereby agree and stipulate as follows:

STIPULATED JUDGMENT AGAINST CEED SECURITY, INC. [PROPOSED]

1  WHEREAS, plaintiffs brought this action against Ceed Security, Inc. on
2  February 17, 2009; and

3  WHEREAS, plaintiffs settled their claims against Ceed Security, Inc. at a
4  mediation conducted on October 12 and 13, 2009; and

5  WHEREAS, the terms of the settlement between plaintiffs and Ceed
6  Security, Inc. are set forth in the Stipulation and Order Re Entry of Judgment in the
7  Event of Default, signed by counsel for plaintiffs and counsel for Ceed Security,
8  Inc. and filed in this Court;

9  WHEREAS, in accordance with the terms of the Stipulation and Order Re
10 Entry of Judgment, plaintiffs may request entry of judgment in the sum of Forty
11 Thousand Dollars ($40,000), less credit for payments already made, against Ceed
12 Security, Inc. in the event Ceed Security, Inc. defaults on its obligations contained
13 in the Stipulation and Order Re Entry of Judgment in the Event Default; and

14 WHEREAS, plaintiffs and Ceed Security, Inc. hereby agree that plaintiffs
15 shall hold this Stipulated Judgment in trust, and that plaintiffs shall file this
16 Stipulated Judgment with the Court only in the event Ceed Security, Inc. defaults
17 on its obligations under the Stipulation and Order Re Entry of Judgment in the
18 Event of Default;

19 IT IS STIPULATED AND AGREED by and between plaintiffs and Ceed
20 Security that judgment is hereby entered against Ceed Security, Inc. in the amount
21 of Forty Thousand Dollars ($40,000), less credit for payments already made, and
22 that post-judgment interest shall be awarded from the date of entry of judgment.
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

CLYDE & CO US LLP
101 Second Sreet, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

-2-
STIPULATED JUDGMENT AGAINST CEED SECURITY, INC. [PROPOSED]
LA09CV01137GW-O.3.doc

IT IS SO STIPULATED.

Dated: _____, 2009     CLYDE & CO US LLP


By:_____
     KEVIN R. SUTHERLAND
     MICHAEL A. HESSION
     GENEVA A. COLLINS
     Attorneys for Plaintiffs and Counter-Defendant
     ASIANA AIRLINES, AIG EUROPE (UK)
     LIMITED and LIG INSURANCE CO., LTD.


Dated: _____, 2009     ROBERT B. MOBASSERI LAW OFFICES


By:_____
     ROBERT B. MOBASSERI
     Attorneys for Defendant
     CEED SECURITY, INC.


IT IS SO ORDERED.

Dated: January 29, 2010     _____*George H. Wu*_____
                                         HONORABLE GEORGE H. WU
                                         United States District Judge

-3-
STIPULATED JUDGMENT AGAINST CEED SECURITY, INC. [PROPOSED]
LA09CV01137GW-O.3.doc

1

# PROOF OF SERVICE

2   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 101 Second Street, 24th Floor, San Francisco, California 94105. On January 25, 2010, I served the within documents:

3

4   STIPULATED JUDGMENT AGAINST CEED SECURITY, INC.

5

6   ☐ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit

7

8

9

10  ☒ **(By CM/ECF:** I caused to be electronically filed a true and correct copy of the above-entitled document(s) with the Clerk of the Court using Case Management Filing (CM/ECF), which will send notification that such filing is available for viewing and downloading to all counsel on record electronically as required by the Court on this matter.

11

12

13  ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

14  ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

15

16  ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

17

18  Florentino Mendes                              Defendant *in Propria Persona*
    334 West 55th Street
19  Los Angeles, California 90037

20  Garth W. Aubert, Esq.                         Attorneys for Defendant
    MENDES & MOUNT, LLP                           Swissport USA, Inc.
21  445 South Figueroa Street, 38th Floor
    Los Angeles, California 90071
22  Telephone: (213) 955-7700
    Facsimile: (213) 995-7725
23  E-Mail: *garth.aubert@mendes.com*

24
    Mark L. Kiefer, Esq.                          Attorney for Defendants
25  ERICKSEN ARBUTHNOT                            Clark/McCarthy, A Joint Venture
    835 Wilshire Boulevard, Suite 500             Clark Construction Group-California, LP
26  Los Angeles, California 90017                 McCarthy Building Companies, Inc.
27  Telephone: (213) 489-4411                     The City of Los Angeles
    Facsimile: (213) 489-4332                     Los Angeles World Airport
28  E-Mail: *mkiefer@ericksenarbuthnot.com*

Left margin: CLYDE & CO US LLP / 101 Second Sreet, 24th Floor / San Francisco, California 94105 / Telephone: (415) 365-9800

| | | |
|---|---|---|
| 1 | | |
| 2 | Robert B. Mobasseri | Attorney for Defendant |
|   | Robert B. Mobasseri Law Offices | Ceed Security, Inc. |
| 3 | 445 South Figueroa Street, 27th Floor | |
|   | Los Angeles, California 90071 | |
| 4 | Telephone: (213) 612-7701 | |
|   | Facsimile: (213) 612-7781 | |
| 5 | E-Mail: *robert@lawyer.com* | |

☒ **(Federal)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2010, at San Francisco, California.

_____
Patricia Inabnet

CLYDE & CO US LLP
101 Second Sreet, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800